United States District Court
Southern District of Texas
**ENTERED**
July 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT R. JONES III, § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:20-cv-00142 |
| § | |
| ADAMANTIUM PROCESSING, LLC, § | |
| *et al.* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 4, 2020, all dispositive and non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A)–(B). Dkt. 3. Judge Edison filed a memorandum and recommendation on June 24, 2021, recommending that Plaintiff's Motion for Entry of Default Judgment (Dkt. 28) be denied, and that the claims against defendants Adamantium Processing, LLC and Jessica Marie McClean be dismissed for failure to timely serve. *See* Dkt. 36.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

    (1)    Judge Edison's memorandum and recommendation (Dkt. 36) is approved and adopted in its entirety as the holding of the court;

(2) Plaintiff's Motion for Entry of Default Judgment (Dkt. 28) is denied; and

(3) Plaintiff's claims against Adamantium Processing, LLC and Jessica Marie McClean are dismissed with prejudice.

SIGNED on Galveston Island this 9th day of July 2021.

                                        JEFFREY VINCENT BROWN
                                        UNITED STATES DISTRICT JUDGE