Case 3:20-cv-00142   Document 42   Filed on 08/02/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 02, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| ROBERT R. JONES III, § § | |
| VS. § | CIVIL ACTION NO. 3:20-cv-00142 |
| § § | |
| ADAMANTIUM PROCESSING, LLC, § *et al.* § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On May 4, 2020, all dispositive and non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A)–(b). Dkt. 3. Judge Edison filed a memorandum and recommendation on July 22, 2021, recommending that the plaintiff's claims against Craig Martin, Edwin Lay, Volks Anwalt LLP, and Synergy Virtual Services LLC be dismissed for failure to timely serve those defendants as required by the Federal Rules of Civil Procedure. *See* Dkt. 39.

On July 29, 2021, the plaintiff filed his objections to the memorandum and recommendation. *See* Dkt. 41. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 39) is approved and adopted in its entirety as the holding of the court; and

(2) Plaintiff's claims against Craig Martin, Edwin Lay, Volks Anwalt LLP, and Synergy Virtual Services LLC are dismissed.

A final judgment dismissing this case will be separately entered.

SIGNED on Galveston Island this 2d day of August, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE